```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

| | |
|---|---|
| TIDEOUS LEE, | * |
|     Plaintiff, | * |
| vs. | * |
| Detective GEE, Sergeant SILVERBERG, and Detective BAILEY, | *  CASE NO. 3:22-cv-106-CDL-CHW |
| | * |
|     Defendants. | * |

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 19, 2024 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 22nd day of March, 2024.

```
                              S/Clay D. Land
                              CLAY D. LAND
                              U.S. DISTRICT COURT JUDGE
                              MIDDLE DISTRICT OF GEORGIA
```